# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-2500-RGK (GJSx) | Date | April 22, 2019 |
|---|---|---|---|
| Title | Chris Langer v. 1200 San Pedro, LLC, et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| E. Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) **ORDER SCHEDULING SETTLEMENT CONFERENCE**

IT IS ORDERED that the parties shall appear for a settlement conference on **Monday, April 29, 2019, at 1:30 PM.**, at the Roybal Building, 255 E. Temple Street, Los Angeles, California 90012, in Courtroom 640, 6th floor.

1. Who Must Attend

All litigants and lead trial counsel must be personally present, unless a request to appear telephonically is granted by the Court, for the entire duration of the conference. If a party is a business entity, a representative of the entity with sufficient authority to settle the action must attend.

2. Settlement Conference Letters

On or before **April 26, 2019**, each party will deliver to Judge Standish's chambers (**by e-mail** sent to GJS_Chambers@cacd.uscourts.gov) a confidential settlement conference

: _____
Initials of Preparer    efc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2500-RGK (GJSx) | Date | April 22, 2019 |
|---|---|---|---|
| Title | Chris Langer v. 1200 San Pedro, LLC, et al. | | |

letter. The letter should be single-spaced, in 14-point font, and not longer than ten pages. The Court expects each party's letter to briefly summarize the relevant facts and evidence, legal issues, procedural matters, the damages or other relief sought by or against the submitting party, past settlement discussions, and any other facts or circumstances that counsel believe will assist the Court in conducting the settlement conference. The Court values a candid critique of each party's respective claims and defenses. A party may attach to its letter **key** documents or other materials central to understanding the case or helpful to facilitating settlement discussions. **Do not file or lodge the settlement conference letter with the Clerk's Office or electronically submit it to CM/ECF.** Each party may, but is not required to, provide a copy of the letter to the opposing party. **If the letter exceeds ten (10) pages, counsel shall provide a courtesy copy of the letter to chambers, by no later than 5:00 p.m. on Friday, April 26, 2019.**

At the Settlement Conference

Each litigant should be prepared to present a brief opening statement to the Court, in the presence of the parties and opposing counsel. Additionally, the Court will meet privately with counsel and the parties to discuss settlement proposals. The parties' statements made during all phases of the settlement conference (including the parties' letters to the judge) fall within the protections for compromise statements, including those contained in Federal Rules of Evidence 408 and 410 and Local Civil Rule 16-15.

|  | : |
|---|---|
| Initials of Preparer | efc |