JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02500-RGK-GJS | Date | April 30, 2019 |
|---|---|---|---|
| Title | CHRIS LANGER v. 1200 SAN PEDRO, LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Carol Zurborg | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Raymond Ballister, Jr. | Lorraine Anderson |

**Proceedings:**   **COURT TRIAL (NOT HELD)/STATUS CONFERENCE**

Court and counsel confer. Counsel inform the Court that the matter settled on April 29, 2019 during the settlement conference with Magistrate Judge Standish, and that the settlement was placed on the record.

The Court orders the matter dismissed. Pursuant to the settlement, Magistrate Judge Standish shall retain jurisdiction over the matter to enforce the terms of the settlement.

**IT IS SO ORDERED.**

: 01

Initials of Preparer   slw

cc:   Magistrate Judge Standish